UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARSTON BLANCH,
*on behalf of himself and others similarly situated,*
Plaintiff,

v.

A&H SECURITY SERVICES, LLC and FELIX CABREJA,
Defendants.

**ORDER OF DISMISSAL WITH PREJUDICE**

Civil Action No. 1:26-cv-04621

WHEREAS, Plaintiff Marston Blanch ("Plaintiff") and Defendants A&H Security Services, LLC and Felix Cabreja (collectively, "Defendants") made a joint motion for approval of a settlement agreement (the "Agreement") to this Court on September 30, 2026; and

WHEREAS, the Court approved the Agreement as fair and reasonable; and

WHEREAS, the parties have executed the Agreement, as approved by this Court; and

WHEREAS, no party hereto is an infant or an incompetent person;

IT IS HEREBY ORDERED as follows:

1. This action is hereby dismissed in its entirety with prejudice, in accordance with Federal Rule of Civil Procedure 41(a)(2). This dismissal is without costs, attorneys' fees, expenses, or disbursements to any party as against another, except to the extent that the Agreement expressly provides for the payment of such amounts.


24304678.v1-10/13/26

Dated: October 13, 2026

BROWN, KWON & LAM, LLP

By: ______________________________
William Brown, Esq.
521 Fifth Avenue, 17th Floor
New York, NY 10175
Tel.: (212) 295-5828
Fax: (718) 795-1642
E-mail: wbrown@bkllawyers.com
*Attorneys for Plaintiff*

Dated: October 13, 2026

BOND, SCHOENECK & KING, PLLC

By: ______________________________
Louis Orbach, Esq.
One Lincoln Center
110 W Fayette St
Syracuse, NY 13202
Telephone: (315) 218-8633
Fax: (315) 218-8100
E-mail: lorbach@bsk.com
*Attorneys for Defendants*

**SO ORDERED:**

Dated: October 19, 2026

New York, New York

______________________________


24304678.v1-10/13/26